UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61378-CIV-MARTINEZ

CINDY YERANDIN SILVA HERNANDEZ,

     Petitioner,

v.

BROWARD COUNTY TRANSITIONAL
CENTER, *et al.*,

     Defendants.

_____/

## ORDER OF TRANSFER

**THIS CAUSE** is before the Court *sua sponte*.

**GOOD CAUSE** appearing that a transfer of this cause is appropriate pursuant to Internal Operating Procedure § 2.15.00, due to the related nature of the previously-filed case, 26-cv-20892-MD, and subject to the consent of the Honorable Melissa Damian, it is:

**ADJUDGED** that the above numbered cause is transferred to the calendar of Judge Damian for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, this 12 day of May 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    all counsel of record

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED** that all pleadings filed after this date shall bear the following case number, **26-61378-CIV-DAMIAN**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami, Florida, this 12th day of May 2026.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE


cc:      all counsel of record

2